JAVITCH LAW OFFICE
Mark L. Javitch, SBN 323729
  mark@javtichlawoffice.com
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone:    650.781.8000
Facsimile:    650.648.0705

ZIMMERMAN LAW OFFICES, P.C.
Thomas A. Zimmerman, Jr. (IL #6231944)
  tom@attorneyzim.com
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone:    312.440.0020
Facsimile:    312.440.4180

Attorneys for Plaintiff and the putative class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADEK BARNERT, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>  Defendant. | CASE NO. 5:21-cv-05199-SVK<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PURSUANT TO L.R. 6-2 AS MODIFIED BY THE COURT**<br><br>Action Filed:  July 6, 2021 |

Pursuant to Civil Local Rule 6-2, Plaintiff Radek Barnert, and Defendant HP Inc., (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint (the "Complaint") on July 6, 2021 (Dkt. 1), and served Defendant with the Summons and Complaint on July 8, 2021;

WHEREAS, Defendant filed its Motion to Dismiss on August 30, 2021 (Dkt. 22);

WHEREAS, Plaintiff's current deadline to file his opposition to Defendant's Motion to Dismiss is September 13, 2021; Defendant's reply is due on September 20, 2021; the Initial Case Management Conference (CMC) is set to be heard at 9:30 a.m. on October 12, 2021; and the hearing on the Motion to Dismiss is set to be heard at 10:00 a.m., also on October 12, 2021.

WHEREAS, the Parties met and conferred regarding extending the briefing schedule and continuing the Initial CMC and all related deadlines; *See* Declaration of Mark Javitch, ¶ 4. ("Javitch Decl.");

WHEREAS, the Parties agree that the Motion to Dismiss hearing should be continued, the motion briefing schedule extended and the Initial CMC continued, along with all related deadlines, as set forth below;

WHEREAS, the Parties have agreed to one prior extension of time in this action. Javitch Decl. ¶ 3. The Parties agree that this stipulation does not waive any right of the parties to agree to or request further extensions in this action.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rule 6-2 and subject to the approval of the Court, that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due by September 27, 2021, Defendant's Reply to its Motion to Dismiss shall be due by October 18, 2021, and the Initial CMC and hearing on the Motion to Dismiss shall be rescheduled to November 9, 2021. All related case management deadlines also shall be continued as indicated below:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Opposition to Motion to Dismiss | 9/13/2021 | 9/27/2021 |
| Reply to Motion to Dismiss | 9/20/2021 | 10/18/2021 |

| | | |
|---|---|---|
| Last day to: (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and (2) file ADR Certification signed by Parties and Counsel | 9/21/2021 | 10/19/2021 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 10/5/2021 | 11/2/2021 |
| Initial CMC | 10/12/2021 at 9:30 a.m. | 11/9/2021 at 9:30 a.m. |
| Hearing on Motion to Dismiss | 10/12/2021 at 10:00 a.m. | ~~11/9/2021 at 10:00 a.m.~~ |

Dated:  September 9, 2021          JAVITCH LAW OFFICE


                                   By:      */s/ Mark L. Javitch*
                                                Mark. L. Javitch



                                   ZIMMERMAN LAW OFFICES, P.C.


                                   By:      */s/ Thomas A. Zimmerman, Jr.*
                                                Thomas A. Zimmerman, Jr.



                                   Attorneys for Plaintiff Radek Barnert and all others similarly situated

Dated: September 9, 2021

By:     */s/ Megan O'Neill*

Attorneys for Defendant HP INC.

The hearing on the motion to dismiss is taken off calendar and will be reset if necessary.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 13, 2021

By: *Susan van Keulen*
Hon. Susan van Keulen
United States Magistrate Judge